IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR225 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCEL EDWARD PARKS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is the Findings and Recommendation and Order of United States Magistrate Judge F.A. Gossett, Filing No. 31.  No objection has been filed to the Findings and Recommendation.  Pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation, Filing No. 31, is adopted in its entirety;

2.  The defendant's motion to suppress, Filing No. 14, is denied as to items seized during the pat-down of the defendant, and granted as to the defendant's statements regarding the location of his shoes.

DATED this 26th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge